IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS TORRES, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-0609-x-BN |
| | § | |
| THE STEWART ORGANIZATION, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant in part and deny in part Plaintiff Jesus Torres's Motion for Leave to File Compiled Amended Complaint (Doc. 56). *See* Doc. 58.

The Magistrate Judge recommended that leave should be denied to the extent that Torres seeks to add claims for interference under the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.* ("FMLA"); retaliation under Title VII of the Civil Rights Act of 1964; and failure to accommodate under Chapter 21 of the Texas Labor Code, Tex. Labor Code Ann. § 21.128, because those claims would be futile.

Because Defendant The Stewart Organization did not challenge Torres's other claims—retaliation under the FMLA; discrimination and retaliation under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*; and discrimination and retaliation under Chapter 21—the Magistrate Judge recommended that the Court

should allow Torres to file a Compiled Amended Complaint that includes those claims.

A motion for clarification was filed (Doc. 64), which the Court construes as an objection because of Torres's *pro se* status. The Magistrate Judge's order does not address Torrez's claims that were not objected to by The Stewart Organization, which is also true about the amount Torrez seeks in the case. The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Torres is **ORDERED** to file an amended complaint that conforms with the United States Magistrate Judge's findings, conclusions, and recommendation Doc. 58 no later than 28 days from this order.

**IT IS SO ORDERED** this 5th day of November, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE