IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS TORRES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-609-X-BN |
| | § | |
| THE STEWART ORGANIZATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant in part and deny in part Defendant The Stewart Organization's Motion to Dismiss [Dkt. No. 96]; dismiss with prejudice Plaintiff Jesus Torres's retaliation claims under the Americans with Disabilities Act ("ADA") and Chapter 21 of the Texas Labor Code; dismiss without prejudice Torres's discrimination claims under the ADA and Chapter 21; and grant Torres leave to amend his ADA and Chapter 21 discrimination claims by a reasonable deadline to be set by the Court. *See* Dkt. No. 109.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 109].

Torres shall have until June 10, 2026 to file an amended complaint addressing

the deficiencies identified by the Magistrate Judge's findings, conclusions, and recommendation. The changes that Torres may make in that pleading are limited to curing those defects.

Because The Stewart Organization did not challenge Torres's emotional distress claim, Torres may include that claim in his amended complaint. But Torres may not otherwise add new claims or parties in the amended pleading.

SO ORDERED this 20th day of May, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE